IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02224-RM-BNB

ANNE DIRKSE,

Plaintiff,

v.

ALTICAST, INC.,
ALTICAST CORP., and
ALTICAST CORP., U.S.,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Joint Motion for Extension of Time for Defendants' to Respond to Plaintiff's Amended Complaint and Jury Demand** [docket no. 18, filed November 10, 2014] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the Second Amended Complaint and Jury Demand for filing.

DATED:  December 11, 2014