IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | |
|---|---|
| Civil Action:   14-cv-02224-RM-NYW | Date: June 30, 2015 |
| Courtroom Deputy:   Brandy Simmons | FTR: NYW COURTROOM C-204 |

| *Parties* | *Counsel* |
|---|---|
| ANNE DIRKSE, | *Julien G.G. Wolfson* |
| | *Mari Anne Newman* |
| **Plaintiff,** | |
| v. | |
| ALTICAST, INC., | *Matthew Albert Court* |
| ALTICAST CORP., | *Thomas J. Wolf* |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

Court in Session: 1:31 p.m.

Appearance of counsel. Ms. Dirkse appears with Ms. Newman and Mr. Wolfson.

Discussion and argument held on Motion to Dismiss by Defendants Alticast, Inc. and Alticast Corp.[27] filed on January 16, 2015, and if the motion should be converted to a motion for summary judgment.

**ORDERED:   Motion to Dismiss by Defendants Alticast, Inc. and Alticast Corp. [27**] **is SUBMITTED and TAKEN UNDER ADVISEMENT.**

Court in Recess: 1:58 p.m.          Hearing concluded.          Total time in Court:   00:27

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.