# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02224-RM-NYW

ANNE DIRKSE,

    Plaintiff,

v.

ALTICAST, INC., and
ALTICAST CORP.

    Defendants.

---

## MINUTE ORDER

---

Entered By Magistrate Judge Nina Y. Wang

    This civil action is before the court on the Stipulated Motion to Modify Scheduling Order Regarding Discovery Deadlines (the "Motion"). [#63, filed July 23, 2015]. The matter was referred to this Magistrate Judge pursuant to the Amended Order of Reference dated January 20, 2015 [#28], the Order of Reassignment dated February 10, 2015 [#37], and the memorandum dated July 24, 2015 [#64].

    IT IS ORDERED that the Motion is GRANTED IN PART and the discovery deadlines shall be extended by 28 days as follows:

1. The Parties shall complete discovery by **November 23, 2015**;

2. The Parties shall file dispositive motions on or before **December 28, 2015**;

3. The deadline for disclosing affirmative experts is **September 2, 2015**; and

4. The deadline for disclosing rebuttal experts is **October 1, 2015**.

DATED: July 27, 2015