IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| Civil Action: | 14-cv-02224-RM-NYW | Date: September 4, 2015 |
|---|---|---|
| Courtroom Deputy: | Brandy Simmons | FTR: NYW COURTROOM C-204 |

| *Parties* | *Counsel* |
|---|---|
| ANNE DIRKSE, | *Julien G.G. Wolfson* |
| | *Mari Anne Newman* |
| **Plaintiff,** | |
| v. | |
| ALTICAST, INC., | *Matthew Albert Court* |
| ALTICAST CORP., | *Thomas J. Wolf* |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC STATUS CONFERENCE**

Court in Session: 9:04 a.m.

Appearance of counsel.

Discussion held on Stipulated Motion to Modify Scheduling Order Regarding Discovery Deadlines [74] filed August 26, 2015. Parties only request to modify the deadlines related to expert reports.

**ORDERED:** Stipulated Motion to Modify Scheduling Order Regarding Discovery Deadlines [74] is GRANTED. The Scheduling Order [32] is modified as follows:

**Fact Discovery deadline remains set at: November 23, 2015**
**Dispositive motions deadline remains set at: December 28, 2015**

**Deadline to disclose medical, economic, and visa experts: October 2, 2015;**
**Deadline to disclose rebuttal medical, economic, and visa experts: October 30, 2015;**

    **Deadline to disclose Korean culture experts: January 15, 2016;**
    **Deadline to disclose rebuttal Korean culture experts: February 5, 2016;**
    **Expert discovery deadline: February 15, 2016;**
    **Proposed Pretrial Order due: February 18, 2016;**
    **Final Pretrial Conference: February 25, 2016, at 9:00 a.m.**

  No further extensions will be entertained with a significant showing of diligence and un-anticipatable circumstances by the Parties.

Court in Recess: 9:12 a.m.   Hearing concluded.   Total time in Court:   00:08